James S. Slavin, Appellant, v. John C. McGuire and Others, as Municipal Civil Service Commissioners of the City of New York, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Albert Chambers, Appellant, v. William A. Prendergast, as Comptroller of the City of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, but without determining the merits of the controversy, which may be considered on appeal, if any, from the final judgment. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

William Charlestream, Respondent, v. Lee T. Alton, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Carr and Woodward, JJ., concurred.

James J. Clark, as Administrator de Bonis Non of Philip Clark, Deceased, Respondent, v. The Nassau Electric Railroad Company, Appellant.—Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Jacob Cohen, Respondent, v. Charles C. Preston, Appellant, and Another, Defendant.— Judgment and order of the Municipal Court reversed and new trial ordered, costs to abide the event, for error in the admission of evidence as to payments made to other persons, and also upon the ground that the agreement on which the action is based is without consideration. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Maria Culhane, Appellant, v. Charles H. Behrens and Anna Behrens, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Department of Health of the City of New York, Appellant, v. Thomas F. Smallman, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Morris Dick, Respondent, v. The Long Island Railroad Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Stephen J. Donlon and Others, Respondents, v. Stephen A. Donlon, Appellant.— Order affirmed on reargument, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

Elizabeth A. Eglinton, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the verdict is against the weight of evidence. Jenks, P. J., Burr, Woodward and Rich, JJ., concurred; Hirschberg, J., dissented.

Henry Erde and Another, Appellants, v. Adrian H. Joline and Douglas Robinson, as Receivers, etc., Respondents.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, upon the ground that the questions of defendants' negligence and plaintiffs' freedom from contributory negligence should have been submitted to the